**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

GINGER K. WITHEY,

    Plaintiff,

v.                                                CASE NO. 1:11cv260-MP-GRJ

MARY DAY COKER,
JAMES P. NILON, and
WALTER M GREEN,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 1, 2011.  (Doc. 7).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2. Plaintiff's First Amended Complaint (doc. 6) is **DISMISSED**, all pending motions are terminated and the clerk is directed to close the file.

    **DONE and ORDERED** this 3rd day of March, 2012.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS
                                        CHIEF UNITED STATES DISTRICT JUDGE**